# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | |
|---|---|
| Dwayne Jackson,                )<br>                                            )<br>         Plaintiff,             )<br>                                            )<br>VS.                                      )<br>                                            )<br>Carolyn W. Colvin, Acting  )<br>Commissioner of the Social Security )<br>Administration,                )<br>                                            )<br>         Defendant,           )<br>                                            ) | C/A No. 0:12-cv-2572-RBH |

## **ORDER**

This matter is before the Court upon the Motion of Plaintiff's counsel for a stay for filing his Motion for Attorney's Fees under 42 U.S.C. Section 406(b); and the court having considered the Motion for Stay by Plaintiff's counsel, it is hereby

ORDERED:

That the filing of counsel's Motion for Attorney's Fees under 42 U.S.C. §406(b) is hereby stayed until such time as counsel receives an Amended Notice of Award from the Social Security Administration, recalculating the past-due benefits to which Plaintiff is entitled as a result of the approval of his disability claim after it was remanded by this court. Upon receipt of the Amended Notice of Award, Plaintiff's counsel shall file his Motion for Attorney's Fees within 15 days.

DONE AND ORDERED this 15th day of April, 2015.

                                            s/R. Bryan Harwell
                                            R. Bryan Harwell
                                            United States District Judge